IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | CRIMINAL INDICTMENT |
| vs. ) | |
| ) | NO: 1:13-CR-214-AT-JFK |
| ) | |
| JENNIFER ALSDORF, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT JENNIFER ALSDORF'S MOTION
## FOR RETURN OF SEIZED PROPERTY

COMES NOW, Defendant Jennifer Alsdorf, by and through undersigned counsel, and hereby files this motion pursuant to Fed. R. Crim. P. 41(g) for the return of property.

In May 2013, a grand jury serving in this District returned an eighty-four count indictment against Ms. Alsdorf charging health care fraud and wire fraud violations. The indictment also contains a "Forfeiture Provision," seeking forfeiture of property "obtained directly or indirectly as a result of said violations." In connection with the Government's prosecution, property was seized and bank accounts were "frozen." One such account that was placed on hold was a SIMPLE

1

IRA in the name of Ms. Alsdorf's husband, Shaun Alsdorf. Shaun Alsdorf is in no way connected to the Government's prosecution of Ms. Alsdorf. His name appears nowhere in the indictment, and he is not alleged to have participated in or even known about the alleged fraudulent conduct attributed to his wife.

Pursuant to Rule 41(g), "[a] person aggrieved by … the deprivation of property may move for the property's return." Fed. R. Crim. P. 41(g). As set forth above, the Government has clearly deprived Shaun Alsdorf of his property. Because the Government has no "legitimate reason to retain the property" belonging solely to Shaun Alsdorf, the restrictions on the IRA account in question should be lifted and Shaun Alsdorf should be permitted unfettered access to the account and its proceeds. United States v. Potes Ramirez, 260 F.3d 1310, 1314 (11th Cir. 2001).

Respectfully submitted this 12th day of July, 2013.

/s/ Brian F. McEvoy
Brian F. McEvoy
Ga. Bar No. 490845
Counsel for Jennifer Alsdorf

CHILIVIS, COCHRAN, LARKINS & BEVER LLP
3127 Maple Drive, N.E.
Atlanta, Georgia  30305
Telephone: (404)233-4171
Facsimile: (404)261-2842
bfm@cclblaw.com

## CERTIFICATE OF COMPLIANCE WITH
## LOCAL RULE 5.1

I hereby certify that the foregoing was prepared in Times New Roman 14 point font, double-spaced, with a top margin of not less than 1.5 inches and a left margin of not less than 1 inch.

Respectfully submitted this 12th day of July, 2013.

>*/s/ Brian F. McEvoy*
>Brian F. McEvoy
>Ga. Bar No. 490845
>Counsel for Jennifer Alsdorf

CHILIVIS, COCHRAN, LARKINS & BEVER LLP
3127 Maple Drive, N.E.
Atlanta, Georgia  30305
Telephone: (404)233-4171
Facsimile: (404)261-2842
bfm@cclblaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the within and foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

Respectfully submitted this 12th day of July, 2013.

>*/s/ Brian F. McEvoy*
>Brian F. McEvoy
>Ga. Bar No. 490845
>Counsel for Jennifer Alsdorf

CHILIVIS, COCHRAN, LARKINS & BEVER LLP
3127 Maple Drive, N.E.
Atlanta, Georgia  30305
Telephone: (404)233-4171
Facsimile: (404)261-2842
bfm@cclblaw.com