IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL INDICTMENT |
| vs. ) | |
| ) | NO: 1:13-CR-214-AT-JFK |
| JENNIFER ALSDORF, ) | |
| Defendant. ) | |

**DEFENDANT JENNIFER ALSDORF'S WITHRDRAWAL OF MOTION FOR RETURN OF SEIZED PROPERTY**

COMES NOW, Defendant Jennifer Alsdorf, by and through undersigned counsel, and hereby withdraws her Motion for Return of Seized Property [Doc. 19], filed July 12, 2013.

Respectfully submitted this 2nd day of August, 2013.

/s/ Brian F. McEvoy
Brian F. McEvoy
Ga. Bar No. 490845
Counsel for Jennifer Alsdorf

CHILIVIS, COCHRAN, LARKINS & BEVER LLP
3127 Maple Drive, N.E.
Atlanta, Georgia 30305
Telephone: (404)233-4171
Facsimile: (404)261-2842
bfm@cclblaw.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

I hereby certify that the foregoing was prepared in Times New Roman 14 point font, double-spaced, with a top margin of not less than 1.5 inches and a left margin of not less than 1 inch.

Respectfully submitted this 2nd day of August, 2013.

>
> */s/ Brian F. McEvoy*
> Brian F. McEvoy
> Ga. Bar No. 490845
> Counsel for Jennifer Alsdorf

CHILIVIS, COCHRAN, LARKINS & BEVER LLP
3127 Maple Drive, N.E.
Atlanta, Georgia  30305
Telephone: (404)233-4171
Facsimile: (404)261-2842
bfm@cclblaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the within and foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

Respectfully submitted this 2nd day of August, 2013.

>   */s/ Brian F. McEvoy*
>   Brian F. McEvoy
>   Ga. Bar No. 490845
>   Counsel for Jennifer Alsdorf

CHILIVIS, COCHRAN, LARKINS & BEVER LLP
3127 Maple Drive, N.E.
Atlanta, Georgia  30305
Telephone: (404)233-4171
Facsimile: (404)261-2842
bfm@cclblaw.com