IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>JENNIFER C. ALSDORF | Criminal Action No.<br><br>1:13-CR-214-AT-JFK |

## MOTION FOR FINAL ORDER OF FORFEITURE

COMES NOW the United States of America (United States), pursuant to Rule 32.2(c) of the Federal Rules of Criminal Procedure, and moves the Court for a final order of forfeiture. In support thereof, the United States states the following:

1. Defendant Jennifer C. Alsdorf pleaded guilty to Count One of the Indictment. The Consent Preliminary Order of Forfeiture was entered on October 28, 2013 [Doc. 32], forfeiting the following property to the United States pursuant to 18 U.S.C. § 982(a)(7):

   a. 2013 Mercedes Benz ML350, VIN 4JGDA5JB5DA102773;

   b. $11,500.00 from American Funds Simple IRA account no. XXXX1143-59/SR, held in the name of Jennifer Alsdorf;

   c. $11,500.00 from American Funds Simple IRA account no. XXXX3095-59/SR, held in the name of Shaun Alsdorf;

d. $10,464.96 from Bank of America account no. XXXXXX9190, held in the name of Hand In Hand and Jennifer Alsdorf;

e. 19.14 Acres of land, more or less, in Montgomery County, Georgia, together with all appurtenances thereto, improvements thereon, furnishings and fixtures, and more particularly described as follows:

All that tract or parcel of land situate, lying and being in the 1567th G. M. District, Montgomery County, Georgia, containing 19.14 acres, more or less, and being more particularly shown on a plat prepared by Leland H. Moss, Jr., Surveyor, from survey dated January 5, 2006 and recorded in Montgomery County Plat Book 11, Page 174, which Plat and the record thereof are by reference incorporated herein and made a part of this description. Said tract being bounded, now or formerly, as follows: North by a twenty foot (20') road from County Road No. 62, dividing this from lands of James Ellis Collins; East by lands of James Ellis Collins; South by lands of Tom Peterson, Inc.; and West by lands of Tom Peterson, Inc. and the Morris Cemetery. This being a portion of the lands conveyed to James Ellis Collins by deed dated October 11, 2005, and recorded in Montgomery County Deed Book 187, Page 400. [Tax Parcel ID No.: 037 009A].

f. 10 Acres, more or less, in Montgomery County, Georgia, together with all appurtenances thereto, improvements thereon, furnishings and fixtures, and being more particularly described as follows:

All that tract or parcel of land containing 10.00 acres, more or less, and being more particularly shown on a plat prepared by Leland H. Moss, Jr., Surveyor, from survey dated February 8, 2006, and recorded in Montgomery County Plat Book 11, Page 212, which Plat and the record thereof are by reference incorporated herein and made a part of this description. Said tract being bounded, now or formerly, as follows: North by a twenty foot (20') road from County Road No. 62, dividing this from

lands of James Ellis Collins; East by lands of James Ellis Collins; South by lands of Tom Peterson, Inc.; and West by lands of Shaun E. Alsdorf and Jennifer C. Alsdorf. This being a portion of the lands conveyed to James Ellis Collins by deed dated October 11, 2005 and recorded in Montgomery County Deed Book 187, Page 400. [Tax Parcel ID No.: 037-009B].

2. Pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 982(b)(1), the United States posted notice of the forfeiture action on the official Government Internet site www.forfeiture.gov for at least 30 consecutive days beginning on October 30, 2013, and ending on November 28, 2013 [Doc. 34].

3. The United States will recognize the interest of USAA Federal Savings Bank in the 2013 Mercedes Benz ML350, despite USAA's failure to file a third party petition claiming an interest in the Mercedes. The Government will pay the loan payoff amount of $15,844.78, plus $.52 for each day after January 29, 2014, out of the net proceeds from the sale of the Mercedes. The net proceeds are the proceeds that remain from the sale of the Mercedes after the Government pays its costs incurred during the seizure, storage, and sale of the Mercedes.

4. Unless excused, anyone else claiming an interest in the assets must file a petition with the Court requesting a hearing to adjudicate that interest. Such a petition must be filed "within thirty days of the final publication of notice or his receipt of notice…whichever is earlier". 21 U.S.C. § 853(n)(2). No one has filed a petition in this criminal ancillary proceeding and the time to do so has expired. Thus, the property should be forfeited to the United States pursuant to Fed. R. Crim. P. 32.2(c)(2), 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

WHEREFORE, the United States respectfully requests that this Court enter a final order of forfeiture allowing the United States to dispose of the property according to law.

Respectfully submitted,

SALLY QUILLIAN YATES
*United States Attorney*

/s/G. JEFFREY VISCOMI
*Assistant United States Attorney*
Georgia Bar No. 289074
Jeffrey.Viscomi@usdoj.gov

600 U.S. Courthouse  75 Spring Street SW  Atlanta, GA 30303
(404) 581-6000  fax (404) 581-6181

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

January 7, 2014

/s/ G. Jeffrey Viscomi

G. Jeffrey Viscomi

*Assistant United States Attorney*